Kevin E. Huddell
Jones, Swanson, Huddell
601 Poydras St., #2655
New Orleans LA 70170

Donald Dean Akers  Jr.
Gibbens & Stevens
222 W. St. Peter St.
New Iberia LA 70560-0000

**REHEARING ACTION: March 21, 2012**

**Docket Number: 11   01012-CA**

**KINDER GAS, INC.**
**VERSUS**
**GERALD B. REYNOLDS, ET AL.**

**Appealed from Allen Parish Case No. C-2010-122**

**BEFORE JUDGES:**

    **Hon. Oswald A. Decuir**
    **Hon. Billy Howard Ezell**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gerald B. Reynolds, Mary J. Kaufmann, Nancy R. Landry, and**

**Robin R. Lipari** has this day been

    **DENIED.**

cc: Matthew Joseph Randazzo, III, Counsel for the Appellee
    Christopher B. Bailey, Counsel for the Appellee
    Elisabeth Lorio Baer, Counsel for the Appellee
    Stuart T. Welch, Counsel for the Appellee
    Craig Ray Hill, Counsel for the Appellee
    Lee Morgan Peacocke, Counsel for the Appellee
    Morgan J. Wells, Jr., Counsel for the Appellee
    W. Jay Luneau, Counsel for the Appellant
    Joseph Ralph White, Counsel for the Appellee
    Paul J. Tellarico, Counsel for the Appellee
    Victor L. Marcello, Amicus Counsel